# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ASIM MILJKOVIC | ) | Chapter 13 |
| EDINA MILJKOVIC , | ) | Case No. 11-16320 |
| | ) | |
| Debtors | ) | |
| _____ | ) | |
| | ) | |
| ASIM MILJKOVIC | ) | |
| EDINA MILJKOVIC | ) | |
| | ) | |
| Movants, | ) | |
| v. | ) | |
| | ) | |
| WELLS FARGO | ) | |
| P.O. BOX 54180 | ) | |
| LOS ANGELES, CA 90054 | ) | |
| | ) | |
| Respondent. | ) | |

## **MOTION TO AVOID LIEN**

COMES NOW debtors ASIM MILJKOVIC and EDINA MILJKOVIC, by and through undersigned counsel, pursuant to 11 U.S.C. Secs. 506, 522(f) and 1322(b)(1), and Fed. Bankr. R. 3012, and hereby moves this Court for the entry of an order declaring the lien held by respondent WELLS FARGO to be wholly unsecured, and therefore void as to debtor's/trustee's real property located at 4807 Gerrards Hope Drive, Bowie, Maryland 20720. In support hereof, movants submit the following:

1. On March 28, 2011, debtors filed a voluntary petition pursuant to Chapter 13 of the United States Bankruptcy Code.

2. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Section 157 and 11 U.S.C. Sections 506, 522 and 1322(b).

3. This motion properly is before, and can be heard by, this Court in accordance

with Fed. Bankr. R. 3012 without the necessity of instituting an adversary proceeding.

4. Debtors are the owners of real property located at 4807 Gerrards Hope Drive, Bowie, Maryland 20720 (the "Property").

5. The Property has a value of $425,000.

6. The Property presently is encumbered by a first deed of trust in favor of Bank of America in the approximate amount of $500,000.

7. The Property presently is encumbered by a second deed of trust in favor of Wells Fargo in the approximate amount of $90,000.

8. By virtue of the value of the Property, and the first deed of trust held by Bank of America, the second deed of trust claim of respondent Wells Fargo, exceeds the value of, and therefore is wholly unsecured as to, the Property. See 11 U.S.C. Sec. 506(a). Accordingly, the second lien of Wells Fargo is void as to the Property. See 11 U.S.C. Sec. 506(d).

9. 11 U.S.C. Sec. 1322(b)(2), in relevant part, provides that a plan may:

modify the rights of holders of secured claims, other than a claim secured only by a security interest in real property that is the debtor's principal residence, or of holders of unsecured claims, or leave unaffected the rights of holders of any class of claims.

10. Pursuant to Section 1322(b)(2), debtor's Chapter 13 Plan seeks to modify the rights of Wells Fargo regarding its second lien on the Property. Specifically, the Chapter 13 plan provides that the second lien of Wells Fargo is to be completely void, with the claim to be treated as a general unsecured claim.

WHEREFORE, debtor respectfully prays that this Court enter an order:

A. Declaring the second lien claim of Wells Fargo to be wholly unsecured;

B. Declaring that the second lien held by Wells Fargo to be void as to debtor's real property located at 4807 Gerrards Hope Drive, Bowie, Maryland 20720 and;

C. Granting such other and further relief as the Court deems necessary.

                                                Respectfully submitted,

Date: March 29, 2011.

                                                GILMAN & EDWARDS, LLC

                                                <u>/s/ Kasey L. Edwards</u>
                                                Kasey L. Edwards, Esq.
                                                Fed. Bar No. 14572
                                                Richard L. Gilman, Esq.
                                                Fed. Bar No. 10231
                                                8201 Corporate Drive
                                                Metro-Plex II, Suite 1140
                                                Landover, Maryland 20785
                                                (301) 731-3303
                                                Counsel for Debtors