File No. 2010387

# APPRAISAL OF



LOCATED AT:

4807 Gerrards Hope Drive
Bowie, MD 20720-6301

FOR:

Miljkovic
4807 Gerrards Hope Drive
Bowie, MD 20720

BORROWER:

Asim & Edina Miljkovic

AS OF:

November 11, 2010

BY:

John Bonato

COMPLETE SUMMARY APPRAISAL REPORT

## Uniform Residential Appraisal Report

File No. 2010387

There are N/A comparable properties currently offered for sale in the subject neighborhood ranging in price from $ to $
There are N/A comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ to $

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | +(-) $ Adjustment | COMPARABLE SALE NO. 2 | +(-) $ Adjustment | COMPARABLE SALE NO. 3 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 4807 Gerrards Hope Drive, Bowie | 12905 Jordans Endeavor Drive, Bowie | | 12907 Jordans Endeavor Drive, Bowie | | 12804 Pittmans Promise Drive, Bowie | |
| Proximity to Subject | | 0.79 miles NNW | | 0.79 miles NNW | | 0.53 miles SSW | |
| Sale Price | $ N/A | $ 440,000 | | $ 470,000 | | $ 425,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 99.35 sq. ft. | | $ 115.14 sq. ft. | | $ 94.36 sq. ft. | |
| Data Source(s) | | MRIS/Cnty/Public Records | | MRIS/Cnty/Public Records | | MRIS/Cnty/Public Records | |
| Verification Source(s) | | Appraiser Files | | Appraiser Files | | Appraiser Files | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | Cash-$0 DOM:134days | | Conv-$10000 DOM:53days | | Conv-$6000 DOM:16 days | |
| Date of Sale/Time | N/A | 08/13/2010 | | 10/15/2010 | | 08/09/2010 | |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 18,507sq. ft. | 12,000sq. ft. | no adj | 14,410 sq. ft. | | 14,516sq. ft. | |
| View | Average | Average | | Average | | Average | |
| Design (Style) | Colonial | Colonial | | Colonial | | Colonial | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | 6+/- Years | 6+/- Years | | 7+/- Years | | 4+/- Years | |
| Condition | Good | Similar | | Similar | | Similar | |
| Above Grade Room Count | Total 9 / Bdrms 4 / Baths 2.5 | Total 9 / Bdrms 4 / Baths 3.0 | -2,500 | Total 11 / Bdrms 5 / Baths 4.0 | -7,500 | Total 9 / Bdrms 4 / Baths 2.5 | |
| Gross Living Area | 3,996 sq. ft. | 4,429 sq. ft. | -8,700 | 4,082 sq. ft. | -1,700 | 4,504 sq. ft. | -10,200 |
| Basement & Finished Rooms Below Grade | Full-Basement Finished-BA | Full-Basement Finished-BA | | Full-Basement Finished-BA | | Full-Basement Finished-BA | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Insulation | Insulation | | Insulation | | Insulation | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | Deck | Superior | -5,000 | Superior | -5,000 | None | 5,000 |
| | 1 F/P | 2 F/P | -3,500 | 1 F/P | | 1 F/P | |
| Net Adjustment (Total) | | [X]- $ 19,700 | | [X]- $ 14,200 | | [X]- $ 5,200 | |
| Adjusted Sale Price of Comparables | | Net Adj. -4.5%% Gross Adj. 4.5 % $ 420,300 | | Net Adj. -3.0%% Gross Adj. 3.0 % $ 455,800 | | Net Adj. -1.2%% Gross Adj. 3.6 % $ 419,800 | |

[X] did  [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) MRIS/Public Records
My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) MRIS/Public records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No prior sale | No prior sale | No prior sale | No prior sale |
| Price of Prior Sale/Transfer | Public record | Public record | Public record | Public record |
| Data Source(s) | Public Record | Public Record | Public Record | Public Record |
| Effective Date of Data Source(s) | 11/11/2010 | 11/11/2010 | 11/11/2010 | 11/11/2010 |

Analysis of prior sale or transfer history of the subject property and comparable sales  There have been no other sales/options/listings involving the subject within the last 3 years. Prior sales of comparables occured more than 3 years ago.

Summary of Sales Comparison Approach. As adjusted, the comparable sales provide an accurate, reliable indication of the subject's current estimated market value, as defined. Overall, the subject property is considered to conform well to the demands of market participants in this neighborhood. As such, they were all relied upon.

Indicated Value by Sales Comparison Approach $ 425,000
Indicated Value by: Sales Comparison Approach $ 425,000   Cost Approach (if developed) $ 0   Income Approach (if developed) $ N/A
Market Data Approach was given most consideration in the final reconciliation of current market value for the subject property. The cost approach to value is inappropriate. Lack of available data to develop a meaningful income approach to value renders this approach inappropriate.
This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: No apparent conditions.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 425,000 as of 11/11/2010, which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005      Produced using ACI software, 800.234.8727 www.aciweb.com      Fannie Mac Form 1004 March 2005
Page 2 of 6      1004_05 090909

MDVA Appraisals, Inc.