**Bank of America**
**Home Loans**
P.O. Box 5170
Simi Valley, CA 93062-5170

Notice Date: 05/10/2011

Account No.: 44479231

ASIM & EDINA MILJKOVIC
4807 Gerrards Hope Dr
Bowie, MD 20720

Property Address:
4807 GERRARDS HOPE DRIVE
BOWIE, MD 20720

### ABOUT YOUR LOAN

Attached is a loan history that provides a detailed outline of transactions for the above-referenced account number.

Please note that this history provides pertinent information on payments received, tax and insurance payments disbursed, and late charges assessed and paid.

### THANK YOU FOR YOUR BUSINESS

You are a valued customer here at BAC Home Loans Servicing, LP and it is our continued goal to provide our customers with the highest level of customer satisfaction.

If you need further assistance, please contact our Customer Service Department directly at 1-800-669-6607.

This communication is from BAC Home Loans Servicing, LP, the Bank of America company that services your home loan.

LNHISTF 7473/9944 06/27/2007

**Bank of America**
**Home Loans**

Account Number: 44479231
Statement Period: 06/2004 - 05/2011
Date Prepared: 05/10/2011

Property Address:
4807 GERRARDS HOPE DRIVE

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/14/2009 | REGULAR PAYMENT | 2,494.22 | 04/2009 | .00 / 445,650.01 | 1,717.61 | 776.61 / 2,698.93 | .00 | .00 | .00 / .00 | .00 / .00 |
| 04/30/2009 | HAZARD INS PMT | -2,110.00 | 04/2009 | .00 / 445,650.01 | .00 | -2,110.00 / 588.93 | .00 | .00 | .00 / .00 | .00 / .00 |
| 05/15/2009 | REGULAR PAYMENT | 2,494.22 | 05/2009 | .00 / 445,650.01 | 1,717.61 | 776.61 / 1,365.54 | .00 | .00 | .00 / .00 | .00 / .00 |
| 06/15/2009 | REGULAR PAYMENT | 2,494.22 | 06/2009 | .00 / 445,650.01 | 1,717.61 | 776.61 / 2,142.15 | .00 | .00 | .00 / .00 | .00 / .00 |
| 07/14/2009 | REGULAR PAYMENT | 2,494.22 | 07/2009 | .00 / 445,650.01 | 1,717.61 | 776.61 / 2,918.76 | .00 | .00 | .00 / .00 | .00 / .00 |
| 09/16/2009 | COUNTY TAX PMT | -4,005.06 | 07/2009 | .00 / 445,650.01 | .00 | -4,005.06 / -1,086.30 | .00 | .00 | .00 / .00 | .00 / .00 |
| 11/24/2009 | COUNTY TAX PMT | -4,005.06 | 07/2009 | .00 / 445,650.01 | .00 | -4,005.06 / -5,091.36 | .00 | .00 | .00 / .00 | .00 / .00 |
| 04/30/2010 | HAZARD INS PMT | -2,195.00 | 07/2009 | .00 / 445,650.01 | .00 | -2,195.00 / -7,286.36 | .00 | .00 | .00 / .00 | .00 / .00 |
| 09/14/2010 | COUNTY TAX PMT | -4,074.06 | 07/2009 | .00 / 445,650.01 | .00 | -4,074.06 / -11,360.42 | .00 | .00 | .00 / .00 | .00 / .00 |
| 12/10/2010 | COUNTY TAX PMT | -4,074.06 | 07/2009 | .00 / 445,650.01 | .00 | -4,074.06 / -15,434.48 | .00 | .00 | .00 / .00 | .00 / .00 |
| 04/04/2011 | REGULAR PAYMENT | 3,098.27 | 08/2009 | 882.58 / 444,767.43 | 1,439.08 | 776.61 / -14,657.87 | .00 | .00 | .00 / .00 | .00 / .00 |
| 04/06/2011 | MISC. POSTING | 2,500.00 | 08/2009 | .00 / 444,767.43 | .00 | .00 / -14,657.87 | .00 | .00 | .00 / .00 | 2,500.00 / 2,500.00 |
| 04/26/2011 | HAZARD INS PMT | -2,281.00 | 08/2009 | .00 / 444,767.43 | .00 | -2,281.00 / -16,938.87 | .00 | .00 | .00 / .00 | .00 / 2,500.00 |
| 05/06/2011 | REGULAR PAYMENT | 3,098.27 | 09/2009 | 885.43 / 443,882.00 | 1,436.23 | 776.61 / -16,162.26 | .00 | .00 | .00 / .00 | .00 / 2,500.00 |