

PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ASIM MILJKOVIC | ) | Chapter 13 |
| EDINA MILJKOVIC , | ) | Case No. 11-16320 |
| | ) | |
| Debtors | ) | |
| _____ | ) | |
| | ) | |
| ASIM MILJKOVIC | ) | |
| EDINA MILJKOVIC | ) | |
| | ) | |
| Movants, | ) | |
| v. | ) | |
| | ) | |
| WELLS FARGO | ) | |
| P.O. BOX 54180 | ) | |
| LOS ANGELES, CA 90054 | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## ORDER GRANTING MOTION TO AVOID LIEN
## ON DEBTOR(S)' PRINCIPAL RESIDENCE

Having considered debtor's Motion to Avoid Lien, and any response filed thereto, and it

appearing that proper notice has been given, pursuant to 11 U.S.C. § 506 and for the reasons set

forth in the case of Johnson vs. Asset Management Group, LLC, 226 B.R. 364 (D. Md. 1998), it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the claim of Respondent be and is hereby deemed wholly unsecured.

ORDERED, that at such time as a discharge Order is entered pursuant to 11 U.S.C. § 1328(a) in this case, the lien held in favor of Respondent on debtor's/trustee's real property described as: 4807 Gerrards Hope Drive Bowie MD 20720 shall be void, and it is further

ORDERED, that the claim of Respondent herein shall be allowed as a general unsecured claim under the debtor's plan.

cc: Trustee
Debtor(s)
Debtor(s)' Attorney
Respondent
U.S. Trustee

**End of Order**