## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                                         :
                                               :
ASIM MILJKOVIC and                             :    Case No. 11-1-6320-PM
EDINA MILJKOVIC,                               :    Chapter 13
          Debtors.                       :
                                               :

### TRUSTEE'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN DATED MAY 2, 2011

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 1325 of the Bankruptcy Code and Bankruptcy Rule 3015(f) objects to confirmation of the Debtors' Chapter 13 plan dated May 2, 2011 (the "Plan").  In support of his opposition, the Trustee respectfully represents the following:

    1.    The Debtors commenced this case under Chapter 13 on March 28, 2011.  The Plan proposes to pay $1,430.00 monthly for 60 months for a gross funding of $85,800.00.  In addition, the Debtor shall provide to the Trustee tax returns by May 15th and tax refunds by June 15th of each year for the duration of this plan.

    2.    The Debtors have failed to provide their amended W-4's as requested by the Trustee.  At this time, the Debtors have failed to fully cooperate with the Trustee as required under section 521(a)(3) of the Bankruptcy Code.

    3.    The Plan must be amended to provide that the Trustee will receive the Debtors' tax returns by May 15th and all tax refunds by June 15th during the Plan term and to remove the Internal Revenue Service's secured claim.

    4.    Accordingly, the Plan should not be confirmed.

- 2 -

**PLEASE TAKE NOTICE** THAT *THIS OBJECTION MUST BE RESOLVED <u>AT LEAST 2 BUSINESS DAYS PRIOR TO THE CONFIRMATION HEARING</u>*.  AFTER THAT TIME, THE TRUSTEE MAY DECLINE TO ACCEPT MATERIALS THAT HE HAS REQUESTED FROM THE DEBTORS.  THE TRUSTEE MAY DECLINE TO DISCUSS THE CASE AT THE CONFIRMATION HEARING.  THE DEBTORS SHOULD EXPECT THAT ANY UNRESOLVED OBJECTION WILL BE HEARD BY THE COURT.

|  |  |
|---|---|
|  | Respectfully submitted, |
| May __31__, 2011 | /s/ Timothy P. Branigan<br>Timothy P. Branigan (Fed. Bar No. 06295)<br>Chapter 13 Trustee<br>P.O. Box 1902<br>Laurel, Maryland  20725-1902<br>(301) 483-9118 |

### Certificate of Service of Objection to Chapter 13 Plan

I hereby certify that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the pleading referenced above to be sent on June 1, 2011 by first-class U.S. mail, postage prepaid to:

Asim & Edina Miljkovic  
4807 Gerrards Hope Drive  
Bowie, MD  20720

Kasey L. Edwards, Esq.  
8201 Corporate Drive  
Metro-Plex II, Suite 1140  
Landover, MD  20785

/s/ Timothy P. Branigan  
Timothy P. Branigan (Fed. Bar No. 06295)