

_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

### UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: : | |
| : | |
| **ASIM MILJKOVIC and** : | Case No. 11-1-6320-PM |
| **EDINA MILJKOVIC,** : | Chapter 13 |
| Debtor(s). : | |
| : | |

### ORDER TO PAY DEBTOR'S WAGES TO TRUSTEE

It appearing that **EDINA MILJKOVIC,** S.S.N. **XXX-XX-2782** (if a complete social security number is required for identification, contact the trustee's office: (301) 483-9118), the above-named debtor, filed a plan under Chapter 13 of Title 11 of the United States Code, that the plan was confirmed by this Court, that, under the provisions of 11 U.S.C. § 1325(c), any entity from whom the debtor receives income shall pay all of any part of such income to the Trustee as may be ordered by the Court, and that a portion of the debtor's earning from services are necessary for the execution of the debtor's plan.

It further appearing that the debtor is employed by:
    **METROPOLITAN MEDICAL**
    **8116 GOODLUCK RD., SUITE 300**
    **LANHAM, MD  20706**
    **Attn: Payroll**

NOW, THEREFORE, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED, that the named employer is directed to deduct from the earning of the debtor the sum of **$1,430.00** each calendar month, beginning with the pay period next succeeding the employer's receipt of this Order, and pay the amount deducted, within 15 calendar days of the close of each calendar month, into the Trustee's lockbox as follows:
    **Timothy P. Branigan, Trustee**
    **P.O. Box 480**
    **Memphis, TN  38101-0480**
until further notification by the Trustee or Order of the Court; and it is further

- 1 -

- 2 -

**ORDERED**, that, until Order of the Court, the employer shall not make any deduction for account of any garnishments, wage assignment, credit union or any other purpose except for deductions for income taxes, social security contributions, union dues, insurance or health and welfare plans pursuant to the debtor's employment contract, collections of amounts due for repayment of any loan from a qualified employer-sponsored pension, profit-sharing or other tax-exempt retirement plan, and child support withholdings for current obligations pursuant to an order of a competent jurisdiction; and it is further

**ORDERED**, that the employer shall notify the Trustee if the debtor's employment terminates.

copies to:

Timothy P. Branigan, Trustee
P.O. Box 1902
Laurel, MD  20725-1902

Metropolitan Medical
8116 Goodluck Rd., Suite 300
Lanham, MD  20706

Asim & Edina Miljkovic
4807 Gerrards Hope Drive
Bowie, MD  20720

Kasey L. Edwards, Esq.
8201 Corporate Drive
Metro-Plex II, Suite 1140
Landover, MD  20785

**END OF ORDER**