# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| ASIM MILJKOVIC and | : Case No. 11-1-6320-PM |
| EDINA MILJKOVIC, | : Chapter 13 |
| Debtors. | : |
| | : |

## TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE
## FOR MATERIAL DEFAULT IN PLAN TERMS

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 1307(c) of the Bankruptcy Code and Bankruptcy Rule 1017(f), requests the Court to dismiss the case inasmuch as the Debtors have failed to timely provide copies of tax returns and tax refunds, if any, as proposed under the plan confirmed by the Court.  Such failure constitutes cause for dismissal and represents a material default with respect to the terms of the plan.

WHEREFORE, the Trustee prays that the Court dismiss the case.

Respectfully submitted,

February 4, 2013

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
P.O. Box 1902
Laurel, Maryland  20725-1902
(301) 483-9118
cmecf@chapter13maryland.com

## NOTICE OF OPPORTUNITY TO REQUEST A HEARING
## TO THE DEBTOR(S) AND DEBTOR(S)'S ATTORNEY OF RECORD
_____

**PLEASE TAKE NOTICE** that the Chapter 13 case will be closed unless, not later than March 4, 2013, there is filed with the Clerk, U.S. Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, and a copy served on the Trustee, a pleading responding to the Trustee's Motion to Dismiss Chapter 13 Case that controverts the motion or explains why the case should not be dismissed, together with a request for a hearing on the motion.

**PLEASE TAKE FURTHER NOTICE** that the case may be voluntarily converted to a case under Chapter 7 upon the Debtor(s)'s motion. A motion to convert the case to a case under Chapter 7 must be filed not later than March 4, 2013 with the Clerk, U.S. Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, together with a necessary $25.00 filing fee.

### Certificate of Service of Motion to Dismiss

I hereby certify that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the pleading referenced above to be sent on February 4, 2013 by first-class U.S. mail, postage prepaid to:

Asim & Edina Miljkovic  
4807 Gerrards Hope Drive  
Bowie, MD  20720

Kasey L. Edwards, Esq.  
8201 Corporate Drive, Suite 1140  
Landover, MD  20785

/s/ Timothy P. Branigan  
Timothy P. Branigan (Fed. Bar No. 06295)