UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: : |  |
| : |  |
| ASIM MILJKOVIC and : | Case No. 11-1-6320-PM |
| EDINA MILJKOVIC : | Chapter 13 |
| Debtors. : |  |
| : |  |

### PRAECIPE

Please withdraw the Trustee's Motion to Dismiss Chapter 13 Case for Material Default in Plan Terms filed on February 4, 2013.

Respectfully submitted,

February 21, 2013    /s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
P.O. Box 1902
Laurel, Maryland  20725-1902
(301) 483-9118

### Certificate of Service of Praecipe

I hereby certify that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the pleading referenced above to be sent on February 22, 2013 by first-class U.S. mail, postage prepaid to:

Asim & Edina Miljkovic                Kasey L. Edwards, Esq.
4807 Gerrards Hope Drive              8201 Corporate Drive, Suite 1140
Bowie, MD  20720                      Landover, MD  20785

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)