| UNITED STATES BANKRUPTCY COURT<br>District of Maryland (Greenbelt) | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor:<br>Asim Miljkovic and Edina Miljkovic | Case Number:<br>11-16320 | |
| Name of Creditor:<br>U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSR Mortgage Loan Trust 2004-11,  Mortgage Pass-Through Certificates, Series 2004-11<br>Name of Current Servicer of account:<br>Nationstar Mortgage, LLC | | **COURT USE ONLY** |
| Name and Address where notices should be sent:<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br><br>Telephone Number: 877-343-5602 | | X Check this box if you are changing the address that notices will go to. |
| Name and Address where payments should be sent (if different from above):<br>Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX  75261-9741 | | X Check this box if you are changing the address that payments will go to. |
| **1. Account Number: 1867** | | Check this box if the account number has changed. |
| 2. Signature<br><br>Check the appropriate box.<br>☐ I am the creditor.<br>☑ I am the creditor's authorized agent (Attached copy of power of attorney, if any.)<br>☐ I am the trustee, or the debtor.<br>☐ I am a guarantor, surety, indorser, or other codebtor.<br><br>      /s/ Michael Daniels                                              Date:  04/01/2015<br>      Michael Daniels - Assistant Secretary | | |

1256163-1a089ee4-dd52-4d3a-9f56-b6b73fd79b94-

# UNITED STATES BANKRUPTCY COURT

District of Maryland (Greenbelt)

Chapter 13 No. 11-16320

In re:

Judge: Judge Paul Mannes

Asim Miljkovic and Edina Miljkovic

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, and have noticed the US Bankruptcy Court by U.S. Mail, postage pre paid.

| | |
|---|---|
| Debtor: | Asim Miljkovic<br>Edina Miljkovic<br>4807 Gerrards Hope Drive<br>Bowie, MD 20720 |
| Debtor's Attorney: | Kasey L. Edwards<br>8201 Corporate Drive<br>Metro-Plex II, Suite 1140<br>Landover, MD 20785 |
| Trustee: | Timothy P. Branigan<br>P.O. Box 1902<br>Laurel, MD 20725-1902 |

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent

1256163-8833165e-3433-4660-b23d-add13df4c2e0-