# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re: :
:
ASIM MILJKOVIC and : Case No. 11-1-6320-DK
EDINA MILJKOVIC, : Chapter 13
              Debtor(s). :
:

## NOTICE OF FINAL CURE PAYMENT AND
## OPPORTUNITY FOR HEARING

     **PLEASE TAKE NOTICE,** pursuant to Local Bankruptcy Rule 3002-1(d), that Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee") has made the final payment provided in the confirmed plan to cure the default on the claim secured by the Debtor(s)' personal residence stated in the allowed proof of claim filed on behalf of:

Bank of America, N.A. whose successor in interest is
Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX  75067
Account No. 1867/9231

The Trustee has no knowledge of and makes no representation concerning payment of other default amounts or post-petition amounts not provided for and funded in the confirmed plan.

     **PLEASE TAKE NOTICE,** that, pursuant to Local Bankruptcy Rule 3002-1(e), **no later than 30 days after service of this Notice**, the holder of the secured claim, or assignee, may file and serve on the Debtor(s), the attorney for the Debtor(s), and the Trustee, a statement indicating whether it agrees that the Debtor has paid the amount required to cure the default and whether, consistent with 11 U.S.C. §1322(b)(5), the Debtor is otherwise current on all payments.  The statement shall itemize any required cure or post-petition amounts that the holder contends remain unpaid as of the date of the statement.  Upon the timely filing of a statement by the claimant, the Debtor(s) or the Trustee may file a motion requesting a hearing to determine whether the amount required to cure the default and all required post-petition amounts have been paid in full.

**FURTHER, if the holder of the secured claim fails to timely file and serve a response to this Notice as provided for under LBR 3002-1(e), the Court may enter an order declaring that the Debtor(s) has cured the default and that no amounts are unpaid as of the date of this Notice.**

                                              Respectfully submitted,

May 23 2016                            /s/ Timothy P. Branigan
                                              Timothy P. Branigan (Fed. Bar No. 06295)
                                              Chapter 13 Trustee
                                              14502 Greenview Drive, #506
                                              Laurel, Maryland 20708
                                              (301) 483-9118

## Certificate of Service

      I hereby certify that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the foregoing to be sent on May 23, 2016 by first-class U.S. mail, postage prepaid to:

| | |
|---|---|
| Nationstar Mortgage, LLC<br>Attn: President<br>350 Highland Drive<br>Lewisville, TX  75067 | Gerard F. Miles, Jr., Esquire<br>606 Baltimore Avenue, Suite 306<br>Towson, MD  21204 |
| Nationstar Mortgage, LLC<br>P.O. Box 630267<br>Irving, TX  75063 | |
| Asim Miljkovic<br>Edina Miljkovic<br>4807 Gerrards Hope Drive<br>Bowie, MD  20720 | Kasey L. Edwards, Esq.<br>8401 Corporate Drive, Suite 450<br>Landover, MD  20785 |

                                              /s/ Timothy P. Branigan
                                              Timothy P. Branigan