Entered: August 31, 2016
Signed:  August 31, 2016

**SO ORDERED**



**DUNCAN W. KEIR
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   11−16320 − DK     Chapter:   13**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Asim Miljkovic | Edina Miljkovic |
| *debtor has no known aliases* | *debtor has no known aliases* |
| 4807 Gerrards Hope Drive | 4807 Gerrards Hope Drive |
| Bowie, MD 20720 | Bowie, MD 20720 |
| Social Security No.:   xxx−xx−4130 | xxx−xx−2782 |
| Employer's Tax I.D. No.: | |

## FINAL DECREE

Petition for Relief under Chapter 13 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 3/28/11.

The estate of the above−named debtor(s) has been fully administered.

The deposit required by the plan has been distributed.

ORDERED, that Timothy P. Branigan is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 13 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** − *dwalston*